# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br><br>Colby Fronterhouse<br>[DOB: 10-20-1979]<br><br>*Defendant(s)* | Case No. 21-mj-2002DPR |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __9/2/2020 through 9/6/2020__ in the county of __Christian__ in the __Western__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 2251(a) and § 2251(e) | Sexual Exploitation of a Child (Attachment A). |

This criminal complaint is based on these facts:
See attached Affidavit of Homeland Security Investigations Task Force Officer Joseph Fletcher (Attachment B).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI TFO Joseph Fletcher
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: __01/27/2021__

_____
*Judge's signature*

City and state: __Springfield, Missouri__   Chief United States Magistrate Judge David P. Rush
*Printed name and title*