**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

**CRIMINAL CASE COVER SHEET**

**County of Offense / Division of Filing**                **Matter to be Sealed**

Christian / Southern                                                    ☐ Secret Indictment
                                                                                 ☐ Juvenile

**Defendant Information**

Defendant Name: Colby Fronterhouse

Alias Name:

Birth Date: 10-20-1979

**Related Case Information**

Superseding Indictment?    ☐ Yes    ■ No    If yes, original case number:
New Defendant(s)?              ☐ Yes    ■ No

Prior Complaint Case Number, if any: 21-mj-02002-DPR

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Stephanie L. Wan

**Interpreter Needed?**

☐ Yes    Language and/or Dialect:
■ No

**Location Status**

Arrest Date:

■ Currently in Federal Custody                    **Writ Required?**         ☐ Yes    ■ No
☐ Currently in State Custody                       **Warrant Required?**   ☐ Yes    ■ No
☐ Currently on Bond

**U.S.C. Citations**

Total # of Counts:  2 Counts w/forfeiture allegations

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:2251.F SEXUAL EXPLOITATION OF CHILDREN | 1 |
| 2 | 18:1470.F TRANSFER OF OBSCENE MATERIALS TO MINORS | 2 |
| 3 | 18:1467.F CRIMINAL FORFEITURE. | forfeiture allegation |
| 4 | 18:2253.F CRIMINAL FORFEITURE IN VIOLATION OF EXPLOITATION OF MINOR | forfeiture allegation |

(May be continued on reverse)

revised: 06/11/2019