*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## MINUTE SHEET

**UNITED STATES OF AMERICA**　　　　　　　**Date:**　　**March 2, 2021**

**vs.**　　　　　　　　　　　　　　　　　　　**Case No.:**　**21-03024-01-CR-S-BP**

**COLBY FRONTERHOUSE**

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**　Initial Appearance – Indictment
　　　　　　　　　　　Arraignment
　　　　　　　　　　　Scheduling Conference

**Time Commenced:**　12:58 a.m.　　　　　　**Time Terminated:**　1:02 p.m.

### APPEARANCES

**Plaintiff:**　　Stephanie Wan, AUSA
**Defendant:**　 Erica Mynarich, Retained

**Proceedings:**　Parties appear as indicated above.　Defendant appears in person.

　　　　　　　　**Defendant waives formal reading of the indictment and enters a plea of not guilty.　A scheduling order setting forth discovery deadlines will be entered by the Court.　Court reads Rule 5f.**

　　　　　　　　**Defendant in custody.**

**Courtroom Deputy/ERO:**　Karla Berziel