IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COLBY FRONTERHOUSE,<br>[DOB: 10/20/1979]<br><br>　　　　　　Defendant. | No. 21-3024-01-CR-S-BP<br><br>COUNT 1<br>18 U.S.C. §§ 2252(a)(2) and (b)(1)<br>NLT 5 Years<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years or Life Supervised Release<br>Class C Felony<br><br>FORFEITURE ALLEGATION<br>18 U.S.C. § 2253<br><br>$100 Special Assessment<br>(Each Count of Conviction)<br><br>$5,000 JVTA Special Assessment |

## SUPERSEDING INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT 1
(Receipt and Distribution of Child Pornography)
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(b)(1)

Beginning on September 2, 2020, and continuing through September 6, 2020, said dates being approximate, in Christian County, in the Western District of Missouri, **COLBY FRONTERHOUSE**, the defendant, knowingly received and distributed any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

1

## FORFEITURE ALLEGATION
(Criminal Forfeiture)
18 U.S.C. § 2253

The allegations contained in Count 1 of this Superseding Information is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code Section 2251, the defendant shall forfeit to the United States of America:

1. Any visual depiction described in Title 18, United States Code, section 2251, 2251A, 2252, 2252A, or 2260, or any book magazine periodical, film, videotape, or other matter which contains an visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United State Code, Chapter 110;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense, or any property traceable to such property.

The property to be forfeited includes, but is not limited to, an Apple iPhone XS, bearing serial number G0NXT19YKPFT, seized on or about January 26, 2021.

## SUBSTITUTE ASSETS

If any of the property describe above, as a result of any act or omission of the defendant:

1. Cannot be located upon the exercise of due diligence;
2. Has been transferred or sold to, or deposited with, a third party;
3. Has been placed beyond the jurisdiction of the court;
4. Has been substantially diminished in value; or
5. Has been commingled with other property which cannot be divided without difficulty,

2

The United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

Respectfully submitted,

**TERESA A. MOORE**
Acting United States Attorney

/s/ Stephanie L. Wan
STEPHANIE L. WAN
Missouri Bar #58918
Assistant United States Attorney

DATED: 8-19-2021
Springfield, Missouri