# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 21-03024-01-CR-S-BP |
| **COLBY FRONTERHOUSE,** | |
| Defendant. | |

### MOTION OF THE UNITED STATES FOR A FINAL
### ORDER OF FORFEITURE, WITH SUPPORTING SUGGESTIONS

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case for the reasons set forth in the following supporting suggestions. A proposed order is submitted with this motion.

### SUPPORTING SUGGESTIONS

1. In the Forfeiture Allegation of the Superseding Information in this case, the United States sought forfeiture of the following property, pursuant to Title 18, United States Code, Section 2253: an Apple iPhone XS, bearing the serial number G0NXT19YKPFT, seized on or about January 26, 2021. (D.E. 32)

2. On August 19, 2021, the defendant, Colby Fronterhouse, entered into a plea agreement with the United States in which he agreed to forfeit to the United States the above-described property. (D.E. 36.)

3. By virtue of the plea agreement, the United States has established that the defendant, Colby Fronterhouse, has an interest in the property subject to forfeiture.

4. By virtue of the plea agreement, this Court entered a Preliminary Order of Forfeiture regarding the above-described property on October 18, 2021. (D.E. 43.)

5. In accordance with Title 18, United States Code, Section 2253, the United States properly posted notice of the forfeiture of the above-described property and the requirements for filing a claim for the property on an official Government Internet site (www.forfeiture.gov) for at least 30 days, beginning on November 10, 2021, and ending on December 9, 2021. A copy of the Declaration of Publication is on file with the Court. (D.E. 44.)

6. Pursuant to Title 18, United States Code, Section 2253, any person asserting a legal interest in the property subject to forfeiture may, within 30 days of the final publication of notice, or of receipt of actual notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of his or her alleged interest in the property. No claims were filed within that 30-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a final order of forfeiture as proposed in the attached order.

Respectfully submitted,

Teresa A. Moore
United States Attorney

By:

*/s/ Stephanie L. Wan*
Stephanie L. Wan
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806
Telephone: (417) 831-4406

## CERTIFICATE OF SERVICE

   I hereby certify that on July 1, 2022, the foregoing motion was electronically filed with the Clerk of the Court using the CM/ECF system, for electronic delivery to all counsel of record.

               */s/ Stephanie L. Wan*
               Stephanie L. Wan
               Assistant United States Attorney